# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2449
LT Case No. 42-2008-CF-2674-A

_____

MICHAEL ANDRE CHAPMAN, JR.,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Marion County.
Robert William Hodges, Judge.

Michael Andre Chapman, Jr., Crawfordville, pro se.

No Appearance for Appellee.

January 13, 2026

PER CURIAM.

    AFFIRMED.

JAY. C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____